IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIM TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | File No.  3:19-CV-01946 |
| YON INVESCO INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KIM TURNER ("Plaintiff") and Defendant, YON INVESCO INC. ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, YON INVESCO INC., and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 22nd day of January, 2020.

                                        Law Offices of
                                        THE SCHAPIRO LAW GROUP, P.L.

                                        /s/  Douglas S. Schapiro
                                        Douglas S. Schapiro
                                        Northern District of Texas ID No. 54538FL
                                        The Schapiro Law Group, P.L.
                                        7301-A W. Palmetto Park Rd., #100A
                                        Boca Raton, FL 33433
                                        Tel: (561) 807-7388
                                        Email: schapiro@schapirolawgroup.com

/s/    William Chu  
William Chu  
State Bar No.  04241000  
4455 LBJ Freeway, Suite 1008  
Dallas, TX  75244  
Tel.:  (972) 392-9888  
Email:  wmchulaw@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro  
Douglas S. Schapiro, Esq.  
Northern District of Texas ID No. 54538FL  
.